IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUDE SHELTON                                                                               PLAINTIFF

vs.                             Civil No. 06-6019

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                 DEFENDANT

## **MEMORANDUM AND ORDER**

Now on this 15th day of August, 2006, there is pending before the undersigned, the Commissioner's Motion To Remand, filed herein on August 10, 2006, by the Commissioner of Social Security (hereinafter "Commissioner") (Doc. #10). Plaintiff does not oppose the Commissioner's motion.

In the instant motion, the Commissioner asserts that reversal of her decision, and remand of this matter, are necessary: "in order that an ALJ can further evaluate the effect of Plaintiff's nonexertional limitations upon his residual functional capacity, and, if necessary, to obtain testimony from a vocational expert to determine if there are jobs existing is significant numbers in the national economy which Plaintiff can perform." (Doc. #10, p. 1).

Sentence four provides:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing.

*42 U.S.C. § 405(g).*

Accordingly, we conclude that the Commissioner's motion requesting reversal of the decision and remand, is well taken. The Commissioner's decision is reversed and this matter is

remanded for further hearing, pursuant to sentence four, *42 U.S.C. § 405(g),* for further proceedings, as specifically set forth above and in the Commissioner's motion (Doc. #10).

In addition, the undersigned finds that the Plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the *Equal Access to Justice Act, 28 U.S.C. § 2412*. A separate Judgment shall be entered herein pursuant to *F.R.Civ.P. 58* and *52*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)